UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MORY KAMARA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:18-cv-01213-LSC-HNJ |
| WILLIAM P. BARR, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on February 12, 2020, recommending that the court grant respondents' motion to dismiss based on Mory Kamara's removal to Liberia on January 30, 2020. (Doc. 12). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.[1]

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. By separate order, the court will dismiss this action as moot.

---

[1] The U.S. Postal Service returned as undeliverable previous orders mailed to Mr. Kamara at the Etowah County Detention Center. (*See* Doc. 13, 14).

**DONE** AND **ORDERED** ON MARCH 11, 2020.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704